A. E. MYERS & CO. v. NORFOLK SOUTHERN RAILROAD COMPANY ET AL.

(Filed 4 October, 1916.)

CIVIL ACTION tried before *Whedbee, J.,* at May Term, 1916, of CRAVEN.

This is an action to recover damages for failure to deliver a car-load of potatoes.

The facts are fully stated in the report of the case on former appeal, 171 N. C., 190.

There was a judgment in favor of the plaintiff, and the defendant appealed.

*T. D. Warren for plaintiff.*
*Moore & Dunn and W. B. Rodman for defendant.*

PER CURIAM. We have carefully examined the record, and find no error. The evidence is almost identical with that offered upon the former hearing, and the case has been tried in accordance with the opinion of this Court.

No error.